Joel Mark (State Bar #054049)
Jenna H. Strauss (State Bar #246703)
Nordman Cormany Hair & Compton LLP
1000 Town Center Drive, 6th Floor
P.O. Box 9100
Oxnard, California 93031-9100
(805) 485-1000
(805) 988-8387 (fax)
E-Mail: jmark@nchc.com

Attorneys for Defendant and Counter-claimant Fresh Innovations

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMINGTON FRESH CUTS, LLC, a limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> FRESH INNOVATIONS, LLC, a limited liability company, <br><br> Defendant. <br><br> AND RELATED CROSS ACTION. | CASE NO.  2:06-CV-02309-LKK-DAD <br><br> **STIPULATION TO EXTEND TIME TO SERVE DESIGNATION OF EXPERT WITNESSES** <br><br> [L.R. 83-143] <br><br> TRIAL DATE:  May 28, 2008 |

   IT IS HEREBY STIPULATED by and between the parties and their respective counsels of record as follows:

   Plaintiff and Cross-Defendant Farmington Fresh Cuts, LLC ("Plaintiff") and Defendant and Counter-Claimant Fresh Innovations, LLC ("Defendant") have agreed to extend the deadline by which the parties will serve their Designations of Expert Witnesses.

   Plaintiff and Defendant will serve their Designations of Expert Witnesses no later than July 13, 2007.

///

17030\001\pld\10303809.DOC         1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Pursuant to Local Rule 83-143, IT IS SO STIPULATED.

2

3 | DATED: June 22, 2007          **NORDMAN CORMANY HAIR & COMPTON LLP**

4 | By: /s/
5 | Joel Mark
  | Attorneys for Defendant and Counter-
6 | claimant Fresh Innovations

7 | DATED: June 22, 2007          **RYNN & JANOWSKY**

8

9 | By: /s/
  | Bartholomew Mark Botta
10 | Attorneys for Plaintiff and Cross-
   | Defendants Farmington Fresh Cuts

**IT IS SO ORDERED.**

**Dated: June 25, 2007.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  1000 Town Center Drive, 6th Floor, P.O. Box 9100, Oxnard, CA 93031-9100.

On June 22, 2007, I served the foregoing document described as: STIPULATION TO EXTEND TIME TO SERVE DESIGNATION OF EXPERT WITNESSES on the interested parties in this action

þ  by placing ¨ the original þ a true copy thereof enclosed in sealed envelopes addressed as follows:

Bart M. Botta, Esq.                                Attorneys for Plaintiff
Rynn & Janowsky, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, California 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953

þ  **BY MAIL**

þ I caused such envelope to be deposited in the mail at Oxnard, California. The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Oxnard, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

¨  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

þ  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 22, 2007, at Oxnard, California.

/s/
Rennee' Hernandez

PDF created with pdfFactory trial version www.pdffactory.com