UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FARMINGTON FRESH CUTS, LLC,
a limited liability company,

        Plaintiff,

   v.

FRESH INNOVATIONS, LLC,
a limited liability company,

        Defendant.
_____/

FRESH INNOVATIONS, LLC,
a limited liability company,

        Plaintiff,

   v.

FARMINGTON FRESH CUTS, LLC,
a limited liability company,

        Defendant.
_____/

NO. CIV. S-06-2309 LKK/DAD

O R D E R

    The parties have failed to establish good cause.  Accordingly, the motion to alter previously set dates is DENIED.

    IT IS SO ORDERED.

    DATED:  September 4, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1