IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMINGTON FRESH CUTS, LLC,<br>a limited liability company, | |
| Plaintiff, | No. CIV S-06-2309 LKK/DAD |
| vs. | |
| FRESH INNOVATIONS, LLC, a<br>limited liability company, | ORDER RE SETTLEMENT & DISPOSITION |
| Defendant.<br>_____/ | |

Pursuant to the representations of counsel for the parties at a further Settlement Conference conducted in Chambers on May 2, 2008, the court has determined that the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

All hearing dates set in this matter, including the trial currently set for June 17, 2008, are **VACATED.**

////

////

////

1

1  FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4      IT IS SO ORDERED.
5      DATED: May 2, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE